IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|             Plaintiff - Appellee,   ) | |
|                                    ) | |
| v.                                 ) | Record No. 15-4120 |
|                                    ) | |
| JAMAR SERON RANDALL ,         ) | |
|       Defendants-Appellants. ) | |

## MOTION FOR LEAVE TO FILE AN OVERSIZED JOINT APPENDIX

**COMES NOW** Appellant, by and through undersigned court appointed counsel, and moves this Honorable Court for permission to file an oversized Joint Appendix in this case.

In support of this Motion, Appellants present the following:

1) This case has been going on since October 2010.

2) This will be third time the case is appealed to this court.

3) The Commercial Printer has assembled the Joint Appendix and they total approximately 600 pages—more than the 500 page limit for Joint Appendix in this Circuit.

4) Based on the lengthy history in these cases, it was necessary to include the original Presentence Investigation Report and all the objections dating back to 2011 due to recent appellate decisions as part of the Joint Appendix in this case, in order to further address the issues appellant wants addressed in this appeals.

6) Thus, your movant respectfully requests permission for leave to file an oversized Joint Appendix not to exceed 600 pages, excluding tables and

1

    covers.

7) This motion is made in good faith, does not prejudice either party, is necessary for argument and the appellant has shown good cause why this request is necessary.

8) That, your movant has informed the Assistant U.S. Attorney, Amy Elizabeth Ray, who is handling this case on behalf of the United States, that this Motion will be filed and she has no objection to the Motion.

9) That it is in the interest of justice that this Motion is allowed.

**WHEREFORE**, Appellant respectfully requests permission for leave to file an oversized Joint Appendix not to exceed 600 pages, excluding tables and covers.

Respectfully submitted, this 20th day of May , 2015.

    S/Chiege O. Kalu Okwara
    CHIEGE O. KALU OKWARA, ESQ.
    15720 Brixham Hill Avenue, Suite #300
    Charlotte, North Carolina 28277
    (704) 944-3221 (Direct Line)
    (704) 847-0499 (Emergencies)
    (704) 846-7952 (fax)
    Email: chiege@aol.com

    Attorney for Appellant,
    **JAMAR SERON RANDALL**

# CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of May, 2015 I served, by electronic filing, a complete copy of this Motion to File an Oversized Joint Appendix on Counsel for the Government, addressed as follows: Amy Elizabeth Ray, Assistant U.S. Attorney, at Amy.Ray@usdoj.gov.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY
Room # 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801

*Counsel for Appellee*

                              S/Chiege O. Kalu Okwara
                              Chiege O. Kalu Okwara
                              Ballantyne One
                              15720 Brixham Hill Avenue
                              Suite 300
                              Charlotte, North Carolina 28277
                              (704) 944-3221 (tel)
                              (704) 847-0499 (Emergencies)
                              (704) 846-7952 (fax)