FILED:  May 20, 2015

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

No. 15-4120

(3:10-cr-00174-MOC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAMAR SERON RANDALL

       Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 600 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk